THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL E. JACKSON,<br><br>    Petitioner,<br><br> v.<br><br>UNITES STATES PAROLE COMMISSION,<br><br>    Respondent. | CASE NO. C14-1121-JCC<br><br>ORDER OF DISMISSAL |

  This matter comes before the Court on Petitioner's writ of mandamus (Dkt. No. 8), the Report and Recommendation of the Honorable James P. Donohue (Dkt. No. 13), and Petitioner's "No Contest Motion." (Dkt. No. 15). Petitioner's "No Contest Motion" claims that Petitioner has been prejudiced by his parole officer's refusal to help him obtain the rehabilitation he requires to transition back into society, but does not contain objections to any of the findings or recommendations contained in the Report and Recommendation.

  After careful consideration of the briefing, the governing authorities and the balance of the record, the Court does hereby find and ORDER:

  (1)  The Court adopts the Report and Recommendation.

  (2)  The Court declines to order a rehabilitation program for Petitioner.

ORDER OF DISMISSAL
PAGE - 1

1  (3)  Petitioner's writ of mandamus, Dkt. 8, is DENIED as MOOT, and this matter is
2       hereby DISMISSED with prejudice.
3  (4)  The Clerk is directed to send copies of this Order to petitioner and to Judge
4  Donohue.

5  DATED this 4th day of November 2014.

*/s/ John C. Coughenour*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE - 2